UNPUBLISHED

COURT OF APPEALS OF VIRGINIA

Present:   Judges Frank, Huff and Senior Judge Haley

TAI SHARROCK

MEMORANDUM OPINION*
v.       Record No. 1033-12-3                                    PER CURIAM
                                                                OCTOBER 9, 2012
SHENANDOAH VALLEY DEPARTMENT
 OF SOCIAL SERVICES

FROM THE CIRCUIT COURT OF THE CITY OF WAYNESBORO
Humes J. Franklin, Jr., Judge

(S. Scott Baker, on brief), for appellant.

(James B. Glick; Stephanie Cangin, Guardian *ad litem* for the
minor child; Vellines, Glick & Whitesell, P.L.C., on brief), for
appellee.

Tai Sharrock (hereinafter "mother") appeals the termination of her residual parental rights

to her child, T.T.  She maintains the trial court erred in finding that the Shenandoah Valley

Department of Social Services (hereinafter "DSS") met its burden by clear and convincing

evidence to terminate mother's residual parental rights to her child.

Mother presents no argument in support of her assignment of error.  Instead, she offers

only a conclusory statement that DSS "failed to prove by clear and convincing evidence that

termination is in the best interests of the child, and the requisite statute [§ ]16.1-283."

"Statements unsupported by argument, authority, or citations to the record do not merit appellate

consideration.  We will not search the record for errors in order to interpret appellant's

contention and correct deficiencies in a brief."  Buchanan v. Buchanan, 14 Va. App 53, 56, 415

S.E.2d 237, 239 (1992).

_____
* Pursuant to Code § 17.1-413, this opinion is not designated for publication.

Furthermore, mother has failed to include a transcript of the termination hearing or a statement of facts in the record on appeal. As mother maintains DSS failed to present sufficient evidence to support termination of her residual parental rights, either a transcript or a statement of facts is indispensable to a determination of the assignment of error. See Anderson v. Commonwealth, 13 Va. App. 506, 508-09, 413 S.E.2d 75, 76-77 (1992); Turner v. Commonwealth, 2 Va. App. 96, 99-100, 341 S.E.2d 400, 402 (1986). Accordingly, we summarily affirm the decision of the trial court. See Rule 5A:27.

Affirmed.